■ In the Matter of PORT CONCRETE COMPANY, Respondent, v BELTRONE CONSTRUCTION COMPANY, INC., Appellant.—Appeal from an order of Supreme Court (Conway, J.), entered June 22, 1988 in Albany County, which denied respondent's motion to vacate a default judgment entered against it.

Order affirmed, with costs, upon the opinion of Justice Edward S. Conway. Mahoney, P. J., Kane, Casey, Weiss and Harvey, JJ., concur.